# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:19-CV-02108-ODW (ASx) | Date | July 12, 2019 |
|---|---|---|---|
| Title | *Jamal F. Holcomb v. Weiser Security Services, Inc., et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**         **In Chambers**

On July 10, 2019, Plaintiff Jamal Holcomb filed a Motion to Remand to the Los Angeles Superior Court. (Mot., ECF No. 14.) The following day, Plaintiff filed a nearly identical motion, except for the fact that it requested a later hearing date. (Mot., ECF No. 15.)

Given the duplicative nature, Plaintiff's initial Motion (ECF No. 14.) is hereby **STRICKEN**. Moreover, the Court, acting on its own initiative hereby **CONTINUES** Plaintiff's Motion for Remand, presently set for Monday, August 12, 2019, at 1:30 p.m., to Monday, September 9, 2019 at 1:30 p.m.

**IT IS SO ORDERED**.

                                                                        :     00

Initials of Preparer    SE